**June Dale Norris BLEDSOE,**
**Petitioner–Appellant,**

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 01–6593.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

June Dale Norris Bledsoe, pro se. Fenita Morris Shepard, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WILKINS, LUTTIG and TRAXLER, Circuit Judges.

PER CURIAM.

June Dale Norris Bledsoe appeals the district court's order denying her petition for writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Bledsoe*, No. CR–90–42–5 (E.D.N.C. Mar. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*